In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-21-00188-CV
_____

## MARIA LUISA MIRELES-POULAT, Appellant

## V.

## AXA SEGUROS, S.A. DE C.V., Appellee

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-07-09268-CV**

_____

## MEMORANDUM OPINION

The appellant, Maria Luisa Mireles-Poulat, filed an unopposed motion to dismiss this accelerated appeal. The appellant filed the motion before this Court issued a decision in the appeal. *See* Tex. R. App. P. 42.1(a)(1). The appellee did not file a cross-notice of appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on February 8, 2022
Opinion Delivered April 14, 2022

Before Golemon, C.J., Kreger and Johnson, JJ.